RECEIVED
JAN -9 2008
Jan 9, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Travis J. Hefley, )<br>Plaintiff )<br> )<br>v. )<br> )<br> )<br> )<br> )<br>Chief of Police Mark Davis, )<br>the Village of Calumet Park, and )<br>other John/Jane Does, )<br>et. al., )<br>Defendants ) | 08CV172<br>JUDGE COAR<br>MAG. JUDGE VALDEZ |

### Complaint of employment discrimination

1. This is a civil action for employment discrimination.

2. The plaintiff is, Travis J. Hefley, Street Address of, 13614 Lawler Ave, City of, Crestwood, of the county of Cook, in the state of, Illinois, Zip Code, 60445, and Telephone, 708-717-4216.

3. The defendants are:
    Chief of Police Mark Davis, whose known street address is: 12409 S. Throop Street, city: Calumet Park, county: Cook, state: IL, zip code: 60827, telephone number: (708)385-4131;
    The Village of Calumet Park, whose principle street address is: 12409 S. Throop Street, city: Calumet Park; county: Cook, state: IL, zip code: 60827, telephone number: (708)385-4131;
    and possibly other John/Jane Does, to be listed following discovery.

4. The Plaintiff was employed by the Calumet Park Police Department, at 12409 S. Throop St., Calumet Park, IL, 60827.

5. The plaintiff was employed but is no longer employed by the defendant.

6. The defendant retaliated against the plaintiff on or about November 8, 2006.

7. (a) The defendants are not a federal government agency, and the plaintiff did file a charge against the defendants asserting the acts of discrimination indicated in this complaint with the United States Equal Employment Opportunity Commission on or about

   (b) A copy of the charge is attached.

   The policy of the U.S. Equal Employment Opportunity Commission to cross-file the charge with the Illinois Department of Human Rights was followed, and verification of the cross-filing is attached.

8. The Equal Employment Opportunity Commission has issued a Notice of Right to Sue, which was received by the plaintiff on October 11, 2007; a copy of which is attached.

9. The defendants discriminated against the plaintiff because of the plaintiff's *Color* (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981), and *Race* (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981).

10. The defendants are a municipality and local government agency and official, plaintiff further alleges discrimination on the basis of race and color in violation of 42 U.S.C. § 1983.

11. Jurisdiction over the statutory violations is conferred as follows: for Title VII by 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and 42 U.S.C. § 2000e-5(f)(3); for 42 U.S.C. § 1981 and § 1983 by 42 U.S.C. § 1988.

12. The defendants retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above.

13. The plaintiff further alleges the defendants violated Illinois State's Personnel Record Review Act (820 ILCS 40/)

14. Jurisdiction over the Illinois State Statutory violation is conferred by 28

U.S.C. 1367.

15. The facts supporting the plaintiff's claim of discrimination are as follows: The defendants knowingly and maliciously disclosed information regarding the plaintiff's charges and litigation records of the original claims of discrimination against the defendants to the City of Milwaukee, WI, whom Mr. Hefley was seeking employment with, in an effort to hinder the plaintiff's prospect for employment with the City of Milwaukee. The defendants further attempted to conceal their knowing and malicious disclosures to the City of Milwaukee by making false claims to the plaintiff's requests for copies of his personnel file from the defendants, and further in conflict with the Illinois Personnel Record Review Act.

16. The plaintiff demands that the case be tried by a jury.

17. Therefore, the plaintiff asks that the Court grant the following relief to the plaintiff:

   (a) Declaratory relief.

   (b) If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

   (c) Grant such other relief the Court may find appropriate.

_Travis J. Hefley_                                             10 / 8 / 2008
Travis J. Hefley, Pro Se

Travis J. Hefley
13614 S. Lawler Ave.
Crestwood, IL  60445
(708)717-4216

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [ ] FEPA | |
| [X] EEOC | 440-2007-01906 |

**Illinois Department Of Human Rights** and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.): Mr. Travis J. Hefley
**Home Phone** (Incl. Area Code): (708) 717-4216
**Date of Birth:** 12-29-1976

**Street Address / City, State and ZIP Code:** 13614 South Lawler, Crestwood, IL 60445

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name:** VILLAGE OF CALUMET PARK
**No. Employees, Members:** 15 - 100
**Phone No.:** (708) 385-4131
**Street Address / City, State and ZIP Code:** 12409 South Throop, Calumet Park, IL 60827

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 11-01-2006
Latest: 11-01-2006
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I applied for a position at a new potential employer in early 2006. On or around November 1, 2006, I learned I was not selected. The new potential employer stated I was disqualified based on a negative reference provided by Respondent. I filed a previous EEOC charge 210-2004-05630 against Respondent in 2004.

I believe I have been retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Date:** Dec 18, 2006
**Charging Party Signature:** /s/ Travis J. Hefley

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

# ILLINOIS DEPARTMENT OF
# Human Rights

Rod R. Blagojevich, Governor
Rocco J. Claps, Director

October 22, 2007

Travis J. Hefley
13614 S. Lawler
Crestwood, IL 60445

Re: **Hefley vs. Village of Calumet Park: 070517010**

Dear Complainant:

The United States Equal Employment Opportunity Commission (EEOC) and the Illinois Department of Human Rights (Department) are parties to a cooperative agreement. Under this agreement, when you filed your charge of discrimination with the EEOC it was automatically filed with the Department. The Department is keeping a copy of your EEOC charge on file to preserve jurisdiction under Illinois law.

This letter is to inform you that you may proceed with your charge at the Department. **This does not affect the processing of your charge at EEOC.** If you wish to proceed with the Department, you must notify the Department in writing of your decision, either by mail or in person, within 35 days of receipt of this letter.

By Mail: Your written decision should be sent via U.S. Postal certified mail, return receipt requested, to: IL Department of Human Rights, Attn: EEOC Referred Charges/Intake Unit, 100 W. Randolph St., Ste. 10-100, Chicago, IL 60601.

In Person: You must bring an original and one copy of your written decision. The Department will stamp the copies and one will be returned to you for your records.

You should also provide to the Department (Attn: EEOC Referred Charges/Intake Unit) a copy of the EEOC Determination and Findings as soon as you receive them from the EEOC. When the Department receives your documents, you will be mailed a letter containing additional information about your case.

Your failure to timely notify the Department of your decision will result in the Department closing your file. If you do not wish to proceed with the Department, you do not need to take any further action.

As stated above, this letter does not affect the processing of your charge at the EEOC, and does not apply to any settlement of this charge the parties have made with the EEOC. **If you have any questions regarding this process, please contact Thomas F. Roeser, Pre-Investigations Coordinator, at (312) 814-6295. Please do not contact the EEOC.**

It is not necessary that Respondent take any action at this time.

THE DEPARTMENT OF HUMAN RIGHTS

CC: Director of Human Resources
Village of Calumet Park
Calumet Park, IL 60827

Rev. 10/07



<mark>U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION</mark>
# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Chicago District Office

500 West Madison Street, Suite 2800
Chicago, IL 60661
(312) 353-2713
TTY (312) 353-2421
FAX (312) 353-4041

<mark>Case 1:08-cv-00172 Document 1 Filed 01/09/2008 Page 6 of 7</mark>

Mr. Travis J. Hefley
13614 South Lawler
Crestwood, IL 60445

    Re:    Respondent:    Village of Calumet Park
           EEOC Charge No.:    440-2007-01906

Dear Mr. Hefley:

Attached please find a Notice of Right to Sue Issued on your behalf in the above referenced matter. The Commission's efforts to conciliate these matters with Respondent have been unsuccessful. The Commission has determined that it will not bring a lawsuit against the Respondent. By issuing the attached Notice of Right to Sue, the Commission is terminating its processing of your charge.

The attached Notice of Right to Sue entitles you to pursue private litigation concerning your allegations against Respondent(s) within 90 days of your receipt of this letter. You may wish to retain a private attorney at this time. The Commission maintains a list of attorneys who have indicated an interest in pursuing cases involving employment discrimination. This list is attached for your convenience.

If you do file suit based on these Notices of Right to Sue, it is requested that you provide us with a copy of the complaints you file in court.

On Behalf of the Commission:

10/9/07
Date

John P. Rowe
District Director

Enclosures

EEOC Form 161-A (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE
### (CONCILIATION FAILURE)

| | |
|---|---|
| To: Travis J. Hefley<br>13614 South Lawler<br>Crestwood, IL 60445 | From: Chicago District Office<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |

CERTIFIED MAIL 7099 3400 0013 8815 5158

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2007-01906 | Carol Milazzo,<br>Investigator | (312) 353-7453 |

**TO THE PERSON AGGRIEVED:**

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____   10/9/07
John P. Rowe,                                 (Date Mailed)
District Director

Enclosures(s)

cc: **VILLAGE OF CALUMET PARK**