**APPEAR**
**DISTRICT COURT**

08CV172
JUDGE COAR
MAG. JUDGE VALDEZ

_ _ _ _ _ _ _ _ _ _ _ _ OIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**FILED**
JAN X 9 2008
Jan 9, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NAME: TRAVIS J. HEFLEY JN
(Please print)

STREET ADDRESS: 13614 S. LAWLER AVE

CITY/STATE/ZIP: CRESTWOOD, IL 60445

PHONE NUMBER: (708) 717-4216

CASE NUMBER: _____

_Travis J. Hefley_
Signature

1-8-2008
Date