# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 172 | **DATE** | 5/23/2008 |
| **CASE TITLE** | Travis J. Hefley vs. Chief of Police Mark Davis, et al | | |

**DOCKET ENTRY TEXT**

MOTION by Plaintiff Travis J Hefley for leave to proceed in forma pauperis is Granted. The Plaintiff is referred to The District Court's Self-Help Assistance Program (copy of instructions enclosed), located on the 20th floor of the Clerk's Office. Status hearing set for July 29, 2008 at 9:00 a.m.

/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|