# United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 172 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Travis Hefley vs. Mark Davis, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/26/2008. Plaintiff appeared and advised the Court that service has not been effectuated through the U.S. Marshal as of this date. By 9/11/2008 the U.S. Marshal to file a status report regarding service of the summons and complaint on the defendants. Status hearing continued to 9/16/2008 at 9:00 a.m.. Clerk's Office to send a certified copy of this order to the U.S. Marshal.

*Docketing to mail notices.*

| | | Courtroom Deputy Initials: | PAMF |
|---|---|---|---|

U.S. DISTRICT COURT CLERK
2008 AUG 28 PM 8:06
FILED-